# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN, | CASE NO. 1:10-CV-00167-AWI-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION |
| v. | |
| CHARLES D. PICKETT, et al., | (DOC. 21) |
| Defendants. | |

Plaintiff Alfred Brown ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 28, 2011, Plaintiff filed a motion for the Court to order Pleasant Valley State Prison to release his property. Doc. 20. The Court treats the motion as one for preliminary injunction. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 4, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within fourteen days. Doc. 21. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 4, 2011, is adopted in full; and
2. Plaintiff's motion for the Court to order Pleasant Valley State Prison to release his property, filed June 28, 2011, is DENIED.

IT IS SO ORDERED.

Dated:   December 23, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

2