# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN, | CASE NO. 1:10-cv-00167-AWI-DLB PC |
| Plaintiff, | ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS ON APPEAL |
| v. | |
| CHARLES D. PICKETT, et al., | |
| Defendants. | |

Plaintiff Alfred Brown ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff was proceeding pro se and in forma pauperis in this civil rights action. Plaintiff initiated this action by filing his complaint on December 31, 2009. On October 12, 2010, Plaintiff's complaint was dismissed with leave to amend. On September 23, 2011, Plaintiff filed his first amended complaint. On April 30, 2012, the Court dismissed this action for failure to state a claim. Plaintiff subsequently filed a notice of appeal on May 16, 2012. Doc. 33.

Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." *See Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous). The Court finds that Plaintiff's appeal is not taken in good faith. Plaintiff's allegations failed to state a claim. Plaintiff seeks enforcement of a settlement agreement for which the district court does not have jurisdiction. Plaintiff also failed to state a claim for deliberate indifference to a serious medical need. Plaintiff's allegations

1 failed to demonstrate that Defendants Does 1 through 3, Arroyo, Robbins, Duvall, or
2 McGuinness knew of and disregarded an excessive risk of serious harm to Plaintiff.
3    Accordingly, Plaintiff's appeal is not taken in good faith, and is frivolous.  Plaintiff's in
4 forma pauperis status is HEREBY ORDERED revoked for purposes of his appeal.

6 IT IS SO ORDERED.

7 Dated:    August 3, 2012
8                                                                          CHIEF UNITED STATES DISTRICT JUDGE