# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN, | Case No. 1:10-cv-00167-AWI-DLB PC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION AS MOOT** |
| v. | ECF No. 37 |
| CHARLES D. PICKETT, et al., | |
| Defendants. | |

Plaintiff Alfred Brown ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. This case was dismissed on April 30, 2012 for failure to state a claim. ECF No. 31, 32. On May 31, 2012, Plaintiff filed a motion requesting excerpts of records from the docket for purposes of appeal. ECF No. 37.

Plaintiff filed a notice of appeal on May 16, 2012. On July 23, 2012, the United States Court of Appeals for the Ninth Circuit dismissed the appeal for failure to respond. Accordingly, Plaintiff's motion is HEREBY ORDERED denied.

IT IS SO ORDERED.

Dated: **January 30, 2013**        /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE

1